# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                  )
                                        )      BK-98-24169-rcj
TAMMY GERTRUDE HUGHES                    )      Chapter  7
                                        )
                                        )      Hearing Date:  N/A
_____Debtor_____)           Hearing Time: N/A

## DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

The request for payment of Unclaimed Funds that was submitted by <u>GECC c/o Dilks & Knopik</u>  has

been found deficient.   The documents were received and filed with the U.S. Bankruptcy Court Clerk's

Office.  If the following deficiencies are remedied, an order will be forwarded to the judge.

|  |  |
|---|---|
| ____ | Motion to Payment of Unclaimed Funds. |
| ____ | Affidavit for reimbursement. |
| ____ | Affidavit of service to the U.S. Attorney. |
| ____ | Limited power of attorney or assignment. |
| ____ | Fee agreement required by local rule 3011(a)(1)(B) |
| ____ | Supporting documentation required (see comments) |
| ____ | Photocopy of current identification |
| _X_ | Address does not match on notice of unclaimed funds. |
| ____ | Fees have been paid out previously on schedule #_____ |
| ____ | Other:_____ |

Comments: Please provide proof of address 4605 Duke Dr. Mason, OH.

Unless otherwise  noted, the original documentation has been filed and docketed.  **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or Financial@nvb.uscourts.gov

Date: 7/9/2013

Karina Magallanes
Deputy Clerk

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above on <u>7/10/2013</u> by <u>K.Magallanes</u>.

Updated 11/09